**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**THE HUNTINGTON NATIONAL BANK,**

    **Plaintiff,**

  **V.**                                         **CASE  NO. C2-12-937
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE NORAH MCCANN KING**

**TAYLOR BUILDING PRODUCTS, INC.,**

    **Defendant.**

### ORDER

The undersigned hereby RECUSES himself from this case.  The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

 October 12, 2012                                    **/s/** *Edmund A. Sargus, Jr.*
**DATE**                                              **EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**