**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THE HUNTINGTON NATIONAL BANK,** | : | Case No.: 2:12 CV 937 |
| Plaintiff | : | |
| | : | |
| vs. | : | **Judge Watson** |
| | : | |
| **TAYLOR BUILDING PRODUCTS, INC.,** | : | |
| Defendant | : | |

### SECOND INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION FOR THE RECEIVER AND ATTORNEYS TO THE RECEIVER FOR THE PERIOD OF DECEMBER 1, 2012 THROUGH JANUARY 31, 2013

Now comes Bill Frazier of Raintree Capital Partners, LLC, the Court-appointed Receiver for certain assets of Taylor Building Products, Inc. (herein "Receiver"), by and through counsel, hereby applies for approval of compensation earned and for reimbursement of expenses to the Receiver and attorneys for the Receiver for the period of December 1, 2012 through January 31, 2013.

I.  **GENERAL INFORMATION**

A.  This case was initiated through the filing of a Complaint for the Appointment of a Receiver filed on October 11, 2012. At the request of Plaintiff, The Huntington National Bank ("HNB"), the Court appointed the Receiver pursuant to an Order entered on October 15, 2012 (herein "the Order") (Doc. 8).

B.  Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA (the "Firm") is the Court-appointed attorney for the Receiver, appointed on the same day as the Receiver, within the Order.

C.    Pursuant to this Court's Order filed November 6, 2012 (Doc. 11), Jaffe Raitt Heuer & Weiss, P.C. (herein "Jaffe Firm"), and collectively with Receiver and Firm as "Applicants") was engaged as Michigan counsel to the Receiver.

D.    Since the previous application, the Applicants have expended time and resources during the course of this complex and substantial receivership case to further the interests of the receivership estate and the creditors of Taylor Building Products, Inc. (herein "Taylor). Applicants submit this application for compensation of such services and reimbursement of expenses.

E.    All services rendered for which Applicants request compensation were performed or incurred for or on behalf of the receivership estate. The services described in this application were actual, necessary services and the compensation requested for those services is reasonable.

F.    Pursuant to the rules of Court, a copy of this Fee Application is being served upon all parties that have appeared in this case.

## II.    INFORMATION REGARDING PROPOSED COMPENSATION

### A. Receiver's Fees and Expenses:

Application period: December 1, 2012, through January 31, 2013

| | | |
|---|---|---|
| Requested Fees: | $ | 37,340.08 |
| Expenses: | $ | 1,433.46 |
| **Total** | **$** | **38,773.54** |

Attached as Exhibit "A" hereto is time and billing detail of the Receiver, showing 83 hours worked at $350.00 per hour.  Exhibit "B" summarizes the accounts receivable collection work performed by Wetterston Management and Consulting (herein "Wettersten"), as agent of the Receiver.  As noted herein, during this second billing period, $41,450.38 were collected.  The Receiver seeks approval to pay $8,290.08 (20% of the collected amount) to Wettersten,

consistent with the agreement between them and as set forth in the Receiver's initial fee application. The proposed compensation to Wettersten is included within the "requested fees" set forth above. Exhibit "C" is an itemization of all costs, advances, and expenses of the Receiver during this period. The mileage reimbursement rate is based on current IRS guidelines.

### B. Firm's Fees and Expenses:

Application period: December 1, 2012, through January 31, 2013

| | | |
|---|---|---|
| Requested Fees: | $ | 18,235.00 |
| Expenses: | $ | 2,291.07 |
| **Total** | **$** | **20,526.07** |

Attached as Exhibit "D" are billing statements for the Firm setting forth: (a) the dates on which the work was performed; (b) a description of the work performed; and (c) the name of each individual performing the work. Attorney time has been billed at the following hourly rates: (a) Myron Terlecky - $250.00 per hour ($250.00 x 19.90 = $4,975.00); (b) Aaron Firstenberger - $200.00 per hour ($200.00 x 61.20 = $12,240.00); (c) Nicholas Reeves - $150.00 per hour ($150.00 x. 5.10 = $1,020.00). A total of 86.20 hours were worked at the respective rates, resulting in $18,235.00 in total fees.

Attached hereto as Exhibit "E" is an itemization of the expenses of the Firm. Such expenses were calculated using the in-house costs of the Firm or the actual costs charged by a third-party provider of services.

### C. Jaffe Firm's Fees and Expenses

Application period: December 1, 2012, through January 31, 2013

| | | |
|---|---|---|
| Requested Fees: | $ | 3,442.00 |
| Expenses: | $ | 87.59 |
| **Total** | **$** | **3,529.59** |

Attached as Exhibit "F" is a billing statement for the Jaffe Firm setting forth: (a) the dates on which the work was performed; (b) a description of the work performed; and (c) the name of each individual performing the work. Attorney time has been billed at the following hourly rates: (a) Scott Torpey - $385.00 per hour ($385 x 5.20 = $2002.00); (b) Demrie Graham - $300.00 per hour ($300 x 4.80 = $1440.00). A total of 10.00 hours were worked, at their respective rates, resulting in $3,442.00 in total fees.

The billing statement also includes an itemization of the expenses of the Jaffe Firm. Such expenses were calculated using the in-house costs of the Jaffe Firm or the actual costs charged by a third-party provider of services.

### E. Certification of Review, and Billing Standards:

Reviews of the fee and expense itemizations have been conducted, and any unnecessary or excessive expenses or duplicative services have been adjusted. The Applicants recorded their services contemporaneously with performance and records of such services. Applicants represent that they have submitted hours to the Court that represent only the actual time incurred in in the matters described therein. If the Court believes that the description of services rendered is inadequate, it is requested that a hearing be held to permit Applicants an opportunity to detail the services rendered for any entry in question.

## III.   CONCLUSION

Based upon the foregoing, the Receiver and the Firm respectfully request that this Court issue an Order as follows:

A.      allowing the Receiver's interim compensation as set forth above and approving payment in the amount of $37,340.08 for fees and $1,433.46 for expenses;

B.     allowing the Firm's interim compensation and approving payment for the services rendered to or on behalf of the Receiver as set forth above in the amount of $18,235.00 for fees and $2,291.07 for expenses;

C.     allowing the Jaffe Firm's compensation and approving payment for the services rendered to or on behalf of the Receiver as set forth above in the amount of $3,442.00 for fees and $87.59 for expenses;

D.     authorizing the Receiver to disburse from the receivership estate to the Applicants the allowed compensation at such time that the Receiver deems appropriate; and

E.     granting such other relief to which the Court determines the Applicants to be entitled.

Respectfully submitted,

/s/ Myron N. Terlecky
Myron N. Terlecky (0018628)
Aaron C. Firstenberger (0072261)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH  43215
Telephone (614) 228-6345
Facsimile (614) 228-6369
Attorneys for the Receiver

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the aforementioned *Second Interim Application For Allowance of Compensation To The Receiver and Attorneys For Receiver For The Period of December 1, 2012 Through January 30, 2013* been served via the Court's electronic filing system and/or ordinary United States Mail, postage prepaid, on this 22ⁿᵈ day of February, 2013 upon:

Bill Frazier
Raintree Capital Partners
17892 Clifton Park Lane
Cleveland, OH  44107
*As Receiver*

Maggie M. Abbulone, Esquire
Robert T. Castor, Esquire
Justin W. Ristau, Esquire
Bricker & Eckler
100 South Third Street
Columbus, OH 43215
*Counsel for Plaintiff, The Huntington National Bank*

Kristin S. Watson, Esquire
Cloppert, Latanick, Sauter & Washburn
225 East Broad Street
Columbus, OH 43215
*Counsel for Claimants, International Union, United Automobile, Aerospace and Agricultural Implement Workers of America and UAW Local 1637*

Brian Gianangeli, Esquire
The Law Office of Charles Mifsud, LLC
326 South High Street Annex, Suite 201
Columbus, OH 43215
*Counsel for the Ohio Bureau of Worker's Compensation*

Ignazio Cangialosi
417 Saddle Back Trail
Franklin Lakes, NJ
07417

Taylor Building Products, Inc.
c/o Tobin Mann, statutory agent
3010 Columbus-Lancaster Road
Lancaster, OH  43130

Arthur M. Neiss
Beattie Padovano, LLC
50 Chestnut Ridge Rd., #208
P.O. Box 244
Montvale, NJ  07645

/s/  Myron N. Terlecky
Myron N. Terlecky (0018628)
Aaron C. Firstenberger (0072261)

| Date | Hours | |
|---|---|---|
| 3-Dec | 8.0 | End of year production planning with Harold and Lori (1.5 hrs.) Planning for wind up of Estate's affairs (2.0 hrs) with counsel. Communicate Communicate with prospective bidders, Weber Manufacturing, Steves and Sons, Novatech (1.5 hrs). Resolve issue involving customer Hollander Industries and supplier Weber Mfg. (1.0) Review past due accounts receivable, work with salesmen to place collection calls. (2.0) |
| 4-Dec | 6.0 | Work with counsel to pull together Opinions of Value on the real estate Communicate with Dan Demarco, counsel for Nick Cangiolsi Continuing dialogue with Novatech re their interest in putting in a bid, need to qualify them. |
| 5-Dec | 2.0 | Communicate with Wausau Supply, Paragon regarding resolution of Paragon's outstanding A/R balance.  Arrange for on site visit to Paragon to inspect demaged doors. Review Lori's final Steel Requirements report |
| 7-Dec | 2.5 | Prepare Borrowing Base Report and request final advances for the Estate. Review Taylor's financial statements for November |
| 10-Dec | 9.0 | Interview with West Branch local newspaper regarding resolution of the Estate's affairs. (0.5) Develop estimate of gross proceeds.  Review collections on Premium and Taylor.  Reviewthis week. Taylor's inventory.  Develop estimate of billings for the week. Finalize estimate of gross proceeds and line balance after advances (3.5) Contact prospective pip's: Weber (here), Dunbarton, Samuel, True Tech, Therma Tru, Novatek. Review Novatek's f/s, send over due diligence materials. (3.5) Work through settlement of the Doors by Champion account with Dan Hartenstein and Wettersten. (1.5) |
| 11-Dec | 6.0 | Review invoicing, review production, review borrowing base report. Plan final remitances. Finalize Proceeds to Estate analysis. Conference call with PNC branch manager to close petty cash account. (1.0).  Review BOV from Ruth Clemmens (1.0) |
| 12-Dec | 2.0 | Review confidentiality agreement with Steves and Son.  Execute agreement, review their financials. forward due diligence materials to Sam Steves. |
| 13-Dec | 3.0 | Review Bill of Sale, Deed and Assignment documents for closing with Wausau. Forward additonal materials to Novatech.  Discuss status of bidding, explain materials re environmental matters. |
| 14-Dec | 8.0 | Final day for bidding.  Prepare additional data for Steves and Co.  Revise confidentiality agreement.  Discuss issues with management of Steves. 7.0 hours. |
| 17-Dec | 1.5 | Conference Call with Receiver Counsel.  Review Borrowing Base Report.  Review changes to Management Agreement.  1.5 hours. |
| 18-Dec | 6.0 | Supervise physical inventory, reconcile balance to  BBR, review Management Agreement, consult w/ counsel for Receiver, Purchaser 6.0 hours. |
| 19-Dec | 1.0 | Review closing documents, direct accounting staff on payables matter. 1.0 hour. |
| 20-Dec | 3.0 | Court Hearing in Columbus, sign documents for closing following day. |
| 31-Jan | 1.0 | Taylor: review correspondce from trade creditors and Wausau.  Review A/R outstanding, calculate collectible, communicate with Wausau re lockbox. |
| 4-Feb | 8.0 | Review correspondence received in January.  Review cash collections and remaining A/R outstanding. Begin reconcilliation of cash to change in A/R, line of credit, and term loan since closing. |
| 5-Dec | 8.0 | Continue work on reconcilliation |
| 6-Dec | 8.0 | Complete reconcilliation of cash from Wausau closing to 1/31/2013. |
| | 83.0 | 29050 |



EXHIBIT



EXHIBIT B

1/23/2013

| Company | First Billing - Has Been Paid | | | | Second Billing | | | | Total paid |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | check # | Date | Payment Amt | Total Paid | check # | Date | Payment Amt | Total Paid | |
| Midwest Mfg Eau Claire | 351427 | 11/14/12 | 383.82 | | | | | | |
| | 351427 | 11/14/12 | 3.83 | | | | | | |
| | 351427 | 11/14/12 | 1018.31 | | | | | | |
| | 351427 | 11/14/12 | 9246.72 | | | | | | |
| | 352047 | 11/20/12 | 1137.86 | | | | | | |
| Midwest Mfg-Shelby | 352586 | 11/26/12 | 16029.36 | $27,819.93 | | | | | $27,819.93 |
| Midwest Mfg-Plano | 28856 | 17-Nov | $2,057.56 | $2,057.56 | 29057 | 11/21/2012 | $7,168.47 | $7,168.47 | $9,226.03 |
| Top Quality Building Prod. | 1130 7681787 | 17-Nov | 8392.77 | | | | | | |
| | 352047 | 11/20/2012 | 2114.21 | $10,506.98 | 1165 | 12/17/2012 | $2,816.76 | $2,816.76 | $13,323.74 |
| Moeller Door & Window | 216271 | 11/6/2012 | $9,823.70 | $9,823.70 | | | | | $9,823.70 |
| Century Specialty Windows | | | | $2,907.61 | | | | | $2,907.61 |
| Lumbermans Inc | 117268, | 10/25/12 | 959.46 | | | | | | |
| | 117386 | 11/6/12 | 729.77 | | | | | | |
| | 341054 | 11/13/12 | 1409.18 | $3,098.41 | | | | | $3,098.41 |
| ProVia Door | 8900 | 13-Nov | $4,044.48 | $4,044.48 | | | | | $4,044.48 |
| Polaris Technologies | 34988 | 6-Nov | $2,738.62 | $2,738.62 | | | | | $2,738.62 |
| Troyer Door Ltd | | | | $1,612.50 | | | | | $1,612.50 |
| Francis Schulze Co | 38933 | 11/2/2012 | 454.47 | | | | | | |
| | 38941 | 11-06-2012 | 1218.3 | $1,672.77 | | | | | $1,672.77 |
| Galaxy Mfg. | 11334 | 13-Nov | $1,480.15 | $1,480.15 | | | | | $1,480.15 |
| Darpel Inc | 99614 | 11/6/2012 | $2,086.36 | $2,086.36 | | | | | $2,086.36 |
| Home Guard Industries | 391753 | 2-Nov | $77.19 | $77.19 | | | | | $77.19 |
| Building Products Inc | ? | 10/15/12 | 401.88 | | | | | | |
| | ? | 10/26/12 | 434.38 | | | | | | |
| | 216469 | 11/14/12 | 373.25 | $1,209.51 | | | | | $1,209.51 |
| Lumbermans Shelbyville | 13628 | 2-Nov | $757.75 | $757.75 | 13774 | 1/22/2013 | $366.81 | $366.81 | $1,124.56 |
| Central Door Distributors | 5363 | 27-Nov | $685.45 | $685.45 | | | | | $685.45 |
| Columbus Door & Decorative | 25941 | 8-Nov | $934.56 | $934.56 | | | | | $934.56 |
| Vapco Valley Aluminum | 131416 | 16-Nov | $604.89 | $604.89 | | | | | $604.89 |
| Soult Wholesale Co | 30478 | 8-Nov | $335.09 | $335.09 | | | | | $335.09 |
| Guida Inc | 7808015 | 13-Nov | $465.77 | $465.77 | | | | | $465.77 |
| Jeld Wyn | | 2-Nov | $320.04 | $320.04 | | | | | $320.04 |
| BF Rich Co | 71684 | 13-Nov | $163.94 | $163.94 | | | | | $163.94 |
| Andoor Distributors Inc | | | | | | | | | |
| Elton Manufacturing | | | | | | | | | |
| Doors of Champion | | | | | 31656 | 1/4/2013 | $4,000.00 | $4,000.00 | $4,000.00 |
| Wal-Vern Products | | | | | 59707 | 11/29/2012 | $26,611.74 | $26,611.74 | $26,611.74 |
| | | | | | | | $486.60 | $486.60 | $486.60 |
| Total Due | | | | $75,403.26 | | | | $41,450.38 | $116,853.64 |
| | | | | $15,080.65 | | | | $8,290.08 | |



**Business Gold Rewards Card / November 17, 2012 to December 17, 2012**

Transaction Details
Prepared for
BILLY T FRAZIER
Account Number
XXXX-XXXXXX-23002

| Date | Description | Cardmember | Account # | Amount |
|---|---|---|---|---|
| 12/12/2012 | DOLLAR RENT A CAR DOCLEVELAND OH | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 155.46 |
| 12/11/2012 | BOB EVANS REST #017SSAGINAW MI | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 9.41 |
| 12/11/2012 | HOLIDAY INNS FLINT HFLINT MI | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 98.79 |
| 12/11/2012 | LUMBERJACK REST. 000WEST BRANCH MI | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 12.04 |
| 12/11/2012 | MARATHON PETROLEUM CWEST BRANCH MI | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 44.71 |
| 12/11/2012 | OHIO TURNPIKE      BEREA        OH | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 6.25 |
| 12/11/2012 | Quality Inn W.B. 152West Branch MI | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 98.78 |
| 12/10/2012 | CRACKER BARREL #236 BRIDGEPORT MI | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 11.42 |
| 12/10/2012 | G'S PIZZERIA & DELI,WEST BRANCH MI | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 9.50 |
| 12/09/2012 | OHIO TURNPIKE      BEREA        OH | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 6.25 |
| 12/09/2012 | STORE 53 ACE 0098   ROCKY RIVER OH | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 34.99 |
| 12/04/2012 | BUDGET RENT A CAR  CLEVELAND    OH | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 235.32 |
| 12/04/2012 | HOLIDAY INNS FLINT HFLINT MI | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 113.78 |
| 12/04/2012 | LUMBERJACK REST. 000WEST BRANCH MI | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 11.54 |
| 12/04/2012 | Quality Inn W.B. 152West Branch MI | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 109.58 |
| 12/04/2012 | SHELL OIL 521983100 2WEST BRANCH MI | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 35.98 |
| 12/03/2012 | CHINA INN CHINA INN WEST BRANCH MI | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 40.00 |
| 12/03/2012 | PONDEROSA - W BRANCHWEST BRANCH MI | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 8.67 |
| 12/02/2012 | OHIO TURNPIKE      BEREA        OH | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 6.25 |
| 12/01/2012 | DOLLAR RENT A CAR DOCLEVELAND OH | BILLY T FRAZIER | XXXX-XXXXXX-23002 | 384.74 |
| | | | | 1,433.46 |



EXHIBIT

C



**STRIP, HOPPERS, LEITHART, McGRATH & TERLECKY**
A LEGAL PROFESSIONAL ASSOCIATION
575 SOUTH THIRD STREET
COLUMBUS, OH 43215-5759
(614) 228-6345

Page: 1
12/31/2012

Taylor Building Products, Inc.
c/o Bill Frazier, Receiver
Raintree Capital Partners
17892 Clifton Park Ln.
Cleveland OH 44107

ACCOUNT NO:      15036-000M
STATEMENT NO:                      2

Attorney for Receiver

| | | HOURS | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $29,257.50 |
| 12/03/2012 | TELEPHONE CONFERENCE WITH RECEIVER RE: OPERATION AND ADMINISTRATIVE ISSUES | 0.25 | 62.50 |
| | ATTENTION TO APPLICATION FOR COMPENSATION | 0.20 | 50.00 |
| | EMAIL CORRESPONDENCE FROM ATTORNEY CASTOR RE: TITLE INSURANCE ISSUES | 0.10 | 25.00 |
| 12/05/2012 | TELEPHONE CONFERENCE WITH MR. FRAZIER RE; SALE ISSUES | 0.25 | 62.50 |
| | CONFERENCE CALL WITH ATTORNEY LEW AND CASTOR RE: SALE ISSUES | 0.25 | 62.50 |
| | CORRESPONDENCE WITH MR. FRAZIER RE: CLAIMS | 0.10 | 25.00 |
| | CORRESPONDENCE WITH RECEIVER AND MR. CASTOR RE: CIT LEASE | 0.25 | 62.50 |
| 12/06/2012 | CORRESPONDENCE WITH MR. FRAZIER RE: RECEIVER'S REPORT | 0.10 | 25.00 |
| 12/07/2012 | ATTENTION TO FEE APPLICATION | 0.25 | 62.50 |
| | TELEPHONE CONFERENCE WITH MR. PATRON RE: BID PACKET | 0.10 | 25.00 |
| 12/10/2012 | REVISED CERTIFICATE OF SERVICE OF NOTICE OF AUCTION; ATTENTION TO AUCTION TIMELINE | 0.50 | 125.00 |
| | CORRESPONDENCE WITH RECEIVER RE: REJECTION OF LEASE FOR PREMIUM GLASS FACILITY; REVIEW OF LEASE | 0.50 | 125.00 |
| 12/11/2012 | ATTENTION TO OPINION LETTER, BILL OF SALE, AND ASSIGNMENT | 0.50 | 125.00 |
| 12/12/2012 | REVISED BILL OF SALE AND ASSUMPTION AND ASSIGNMENT AGREEMENT | 0.20 | 50.00 |
| 12/13/2012 | REVISED ATTORNEY OPINION LETTER; OFFICE CONFERENCE WITH ATTORNEY FIRSTENBERGER RE: CLOSING ISSUES | 0.40 | 100.00 |
| 12/14/2012 | REVISED CONFIDENTIALITY AGREEMENT WITH STEVES AND SON | 0.30 | 75.00 |
| | TELEPHONE CONFERENCE WITH AND CORRESPONDENCE TO MR. FRAZIER RE: RECEIPT OF FINANCIAL STATEMENTS FOR STEVE AND QUALIFYING BID ISSUES | 0.50 | 125.00 |

Taylor Building Products, Inc.

Attorney for Receiver

|  |  | HOURS |  |
|---|---|---|---|
| 12/17/2012 | TELEPHONE CONFERENCE WITH MR. FRAZIER RE: MANAGEMENT AGREEMENT AND CLOSING ISSUES | 0.60 | 150.00 |
|  | REVISED OPINION LETTER AND MANAGEMENT AGREEMENT | 0.50 | 125.00 |
|  | TELEPHONE CONFERENCE WITH ATTORNEY LEW RE: CLOSING | 0.20 | 50.00 |
|  | DRAFTING REPORT OF AUCTION | 1.00 | 250.00 |
|  | DRAFTING SALE ORDER | 2.50 | 625.00 |
|  | PREPARATION FOR SALE HEARING | 0.50 | 125.00 |
| 12/18/2012 | ATTENTION TO REVISIONS TO REPORT OF RECEIVER, MANAGEMENT AGREEMENT, ORDER OF SALE AND CLOSING ISSUES; CORRESPONDENCE WITH ATTORNEY LEW RE: SAME | 1.00 | 250.00 |
| 12/19/2012 | RECEIPT AND REVIEW OF EMAIL CORRESPONDENCE RE: CLOSING ISSUES; PREPARATION FOR HEARING | 2.50 | 625.00 |
|  | RECEIPT AND REVIEW OF UAW MOTION | 0.25 | 62.50 |
| 12/20/2012 | PREPARATION FOR HEARING; CORRESPONDENCE WITH RECEIVER RE: SALE ISSUES; COURT APPEARANCE | 3.00 | 750.00 |
|  | Myron N. Terlecky | 16.80 | 4,200.00 |
| 12/03/2012 | REVIEWED CORRESPONDENCE FROM ATTY CASTOR RE: CLOSING; REVIEW TIMELINE OF RECEIVER; DRAFT FEE APPLICATION; DRAFT PROPOSED FEE ORDER | 1.20 | 240.00 |
| 12/04/2012 | REVIEWED ATTY CASTOR CORRESPONDENCE TO ATTY LEW RE: TITLE COMPANY AND TIMING ISSUES; RECEIPT AND BRIEF REVIEW OF B. FRAZIER CORRESPONDENCE AND HILCO APPRAISAL; CORRESPONDENCE WITH RECEIVER RE: INQUIRY ON PURCHASE | 0.30 | 60.00 |
| 12/05/2012 | CONFERENCE WITH ATTY TERLECKY RE: FILING SUPPLEMENT TO REPORT AND FEE APPLICATION | 0.20 | 40.00 |
| 12/06/2012 | ATTENTION TO SUPPLEMENT TO RECEIVER REPORT; ATTENTION TO NOTICE OF APPRAISALS; DRAFT AFFIDAVIT OF RECEIVER FOR USE WITH NOTICE OF APPRAISEMENT; DRAFTING OPINION LETTER FOR SALE | 1.70 | 340.00 |
| 12/07/2012 | REVIEWED BILLING DOCUMENTATION FROM CLIENT; REVIEW CLIENT MEMO RE: POTENTIAL SALE OR RELEASE OF PREMIUM | 0.70 | 140.00 |
| 12/10/2012 | CORRESPONDENCE WITH B. FRAZIER RE: MODIFICATION TO EXPENSES; ATTENTION TO CERTIFICATE OF SERVICE OF NOTICE AND ORDER; REVIEW OF SALE SCHEDULE; ATTENTION TO FEE APPLICATION; FOLLOW UP WITH CLIENT RE: APPRAISAL STATUS; ATTENTION TO FEE ORDER | 2.00 | 400.00 |
| 12/12/2012 | ATTENTION TO FEE APPLICATION; ATTENTION TO LEASE CANCELLATION; REVIEW OF APPRAISAL FROM MIDGE McGINNIS; DRAFT CANCELLATION OF LEASE; REVIEW ORDER APPOINTING |  |  |

Taylor Building Products, Inc.

Attorney for Receiver

|  |  | HOURS |  |
|---|---|---|---|
|  | RECEIVER FOR SPECIFIC PROVISION ON CANCELLATION OF LEASE; RESEARCH RECEIVER'S RIGHT TO CANCEL LEASES; CONFERENCE WITH ATTY TERLECKY RE: OPINION LETTER AND MANAGEMENT AGREEMENT; TELEPHONE CONFERENCE WITH B. FRAZIER RE: DEADLINE FOR QUALIFYING BIDS, AND STRATEGY PROCEEDING FORWARD; ATTENTION TO CERTIFICATE OF SERVICE FOR ORDER AND NOTICE; ADDITIONAL WORK ON OPINION LETTER; DRAFT BILL OF SALE; ATTENTION TO MANAGEMENT AGREEMENT | 5.30 | 1,060.00 |
|  | REVISION TO CERTIFICATE OF SERVICE OF ORDER AND NOTICE OF SALE; REVIEW OF APPRAISALS OF VALUE, ATTENTION TO NOTICE OF APPRAISEMENT AND AFFIDAVIT; CORRESPONDENCE WITH RECEIVER RE: SAME; CONFERENCE WITH ATTY TERLECKY RE: STRATEGIZING FOR POSSIBLE AUCTION AND CLOSING; ATTENTION TO MANAGEMENT AGREEMENT; REVIEW RESEARCH ON REJECTION OF LEASES BY RECEIVER | 2.20 | 440.00 |
| 12/13/2012 | TELEPHONE CONFERENCE WITH B. FRAZIER RE: UPDATE ON POSSIBLE BIDS AND WAUSAU MEETING; CORRESPONDENCE WITH ATTY LEW RE: WAUSAU MEETING; CORRESPONDENCE WITH ATTY CASTOR RE: CLOSING PREPARATION | 1.00 | 200.00 |
| 12/14/2012 | DRAFTING AND REVISION TO MANAGEMENT AGREEMENT WITH WAUSAU; CORRESPONDENCE WITH RECEIVER RE: UPDATE ON BID STATUS; FINAL WORK ON NOTICE OF APPRAISEMENT, REVIEW OF APPRAISALS; CONTINUED WORK ON LEGAL OPINION LETTER; CONFERENCE CALL WITH RECEIVER RE: POSSIBLE ADDITIONAL BIDS | 4.30 | 860.00 |
| 12/17/2012 | REVIEWED CORRESPONDENCE FROM OBWC COUNSEL; PROVIDE PROOF OF CLAIM AND NOTE MAILING LIST; CONFERENCE CALL WITH RECEIVER AND BUYER COUNSEL RE: PREPARATION FOR CLOSING; ATTENTION TO PREPARATION FOR CLOSING; ATTENTION TO OPINION LETTER AND MANAGEMENT AGREEMENT; CORRESPONDENCE WITH RECEIVER RE: CLOSING AND MANAGEMENT AGREEMENT FOR CLOSING CHECKLIST | 4.30 | 860.00 |
| 12/18/2012 | CONTINUED ATTENTION TO CLOSING; BRIEF REVIEW OF MICHIGAN UCC REPORT AND PROVIDE TO COUNSEL; CONFERENCES WITH ATTY TERLECKY; REVISION AND DRAFTING TO REPORT, ORDER, AND MANAGEMENT AGREEMENT; CORRESPONDENCE WITH BANK COUNSEL AND BUYER COUNSEL RE: PREPARATION FOR CLOSING | 5.90 | 1,180.00 |
| 12/19/2012 | CONTINUED ATTENTION TO CLOSING; REVIEW, REVISION AND FURTHER DRAFTING ON MANAGEMENT AND ESCROW AGREEMENT; COORDINATION WITH MICHIGAN COUNSEL RE: DEED REQUIREMENTS; REVIEW OF TITLE POLICY; CORRESPONDENCE WITH HNB COUNSEL RE: NECESSITY OF RELEASES; CORRESPONDENCE WITH BUYER'S COUNSEL RE: SAME | 4.50 | 900.00 |

Taylor Building Products, Inc.

Attorney for Receiver

|  |  | HOURS |  |
|---|---|---|---|
| 12/20/2012 | PREPARATION FOR AND ATTENDANCE AT HEARING; ATTENTION TO CLOSING, MEETING WITH CLIENT AND EXECUTION OF DOCUMENTS | 7.50 | 1,500.00 |
| 12/21/2012 | CONTINUED ATTENTION TO CLOSING INCLUDING REVIEW AND REVISION OF MANAGEMENT AGREEMENT, ESCROW AGREEMENT, DRAFTING BILL OF SALE FOR INVENTORY; PHONE CALL WITH CLIENT RE: DELIVERY OF DOCUMENTS FOR CLOSING; MULTIPLE PHONE CALLS WITH BUYER'S COUNSEL | 5.00 | 1,000.00 |
| 12/26/2012 | UPDATE TO BANK COUNSEL RE; CLOSING; REVIEW CORRESPONDENCE FROM CLIENT RE: TAX CLEARANCE LETTER | 0.20 | 40.00 |
| 12/28/2012 | ATTENTION TO SERVICE OF FINAL ORDER OF SALE; COORDINATION WITH ATTORNEY TERLECKY; ATTENTION TO TAX CLEARANCE LETTER TO MICHIGAN | 0.50 | 100.00 |
|  | Aaron C. Firstenberger | 46.80 | 9,360.00 |
| 11/26/2012 | DRAFTED COLLECTIONS COMPLAINT; EMAIL TO MYRON TERLECKY REGARDING SAME; MADE REVISIONS TO SAME | 3.20 | 640.00 |
| 11/29/2012 | REVISED COMPLAINT FOR MONEY DAMAGES; PREPARED REQUIRED DOCUMENTS FOR FILING IN FEDERAL COURT; RESEARCH REGARDING SAME; CONFERENCE WITH AARON FIRSTENBERGER REGARDING SAME | 0.70 | 140.00 |
| 12/12/2012 | COMPLETED RESEARCH RE: FEDERAL AUTHORITY TO REJECT EXECUTORY CONTRACT; DRAFTED MEMO TO ATTY FIRSTENBERGER REGARDING SAME | 1.20 | 240.00 |
|  | NICK W. REEVES | 5.10 | 1,020.00 |
|  | FOR CURRENT SERVICES RENDERED | 68.70 | 14,580.00 |
|  | TOTAL CURRENT WORK |  | 14,580.00 |
| 12/26/2012 | PAYMENT THANK YOU. |  | -29,257.50 |
|  | BALANCE DUE |  | $14,580.00 |

**TRUST ACCOUNT SUMMARY AS OF 12/31/2012** $150.51

PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

WE ACCEPT VISA/MASTERCARD/DISCOVER PAYMENTS
PAYMENT METHOD ___CHECK ___VISA ___ MASTERCARD ___ DISCOVER
ACCT NUMBER_____ EXP DATE_____ CVV CODE_____
SIGNATURE_____ AMOUNT $_____

**STRIP, HOPPERS, LEITHART, McGRATH & TERLECKY**
A LEGAL PROFESSIONAL ASSOCIATION
575 SOUTH THIRD STREET
COLUMBUS, OH 43215-5759
(614) 228-6345

Taylor Building Products, Inc.
c/o Bill Frazier, Receiver
Raintree Capital Partners
17892 Clifton Park Ln.
Cleveland OH 44107

Page: 1
01/31/2013
ACCOUNT NO:     15036-000M
STATEMENT NO:     3

Attorney for Receiver

|  |  | HOURS |  |
|---|---|---|---|
| | PREVIOUS BALANCE | | $14,580.00 |
| 01/03/2013 | TELEPHONE CONFERENCE WITH AND CORRESPONDENCE TO ATTORNEY DEMARCO RE: SALE ISSUES; CORRESPONDENCE WITH MR. FRAZIER RE: SAME | 0.50 | 125.00 |
| 01/04/2013 | TELEPHONE CONFERENCE WITH ATTORNEY KOSTELNICK RE: CLAIM | 0.20 | 50.00 |
| | CORRESPONDENCE WITH RECEIVER RE: TAX CLAIMS | 0.20 | 50.00 |
| | CORRESPONDENCE WITH ATTORNEY GRIFFITH AND ATTORNEY BANAL RE: INSURANCE PROCEEDS CLAIM | 0.30 | 75.00 |
| 01/07/2013 | CORRESPONDENCE WITH ATTORNEY GRIFFITH RE: THURSON INSURANCE | 0.20 | 50.00 |
| 01/09/2013 | REVIEWED AND REVISED MOTION TO REJECT LEASE | 0.25 | 62.50 |
| 01/22/2013 | CONFERENCE WITH ATTORNEY FIRSTENBERGER RE: RELEASE OF ESCROW AND REVIEW OF PENDING MATTERS TO CLOSE RECEIVERSHIP | 0.20 | 50.00 |
| 01/23/2013 | CORRESPONDENCE WITH MR. FRAZIER RE: HOLD BACK FOR ESCROW (.2) CORRESPONDENCE WITH ATTORNEY DEMARCO RE: BREAKING ESCROW (.1) CORRESPONDENCE WITH ATTORNEY BANAL RE: THORNTON & RISHON CLAIM (.2) | 0.50 | 125.00 |
| 01/25/2013 | REVISED RECEIVER'S REPORT | 0.30 | 75.00 |
| | RECEIPT AND REVIEW OF CORRESPONDENCE FROM ATTORNEY FOR SHAREHOLDER | 0.20 | 50.00 |
| 01/28/2013 | REVIEW OF ASSET PURCHASE AGREEMENT EXHIBITS AND CORRESPONDENCE WITH RECEIVER RE: AVAYA LEASED EQUIPMENT ISSUES | 0.25 | 62.50 |
| | Myron N. Terlecky | 3.10 | 775.00 |

Taylor Building Products, Inc.

Attorney for Receiver

|  |  | HOURS |  |
|---|---|---|---|
| 01/02/2013 | REVIEWED AND RESPONDED TO ATTY LEW RE; CLOSING DOCUMENTS; CORRESPONDENCE AND FOLLOW UP WITH B. FRAZIER AND TITLE COMPANY RE: CLOSING DOCUMENTS AND STATUS; REVIEWING BUYER SIGNED CLOSING DOCUMENTS; CONFERENCE WITH ATTY TERLECKY RE: CONFIRMATION OF CLOSING COMPLETE | 0.70 | 140.00 |
| 01/03/2013 | CORRESPONDENCE WITH ATTY LEW RE: INVENTORY PAYMENT; CORRESPONDENCE WITH BANK COUNSEL RE: CLOSING | 0.20 | 40.00 |
| 01/04/2013 | DRAFTING MOTION TO AUTHORIZE CANCELLATION OF LEASE | 1.50 | 300.00 |
| 01/07/2013 | CORRESPONDENCE WITH TITLE COMPANY AND BUYER COUNSEL RE: ERROR IN DISBURSEMENT SHEET; REVIEW OF SAME, PROPERTY TAX PRORATIONS, SETTLEMENT STATEMENTS; DRAFTING ORDER AUTHORIZING LEASE REJECTION | 1.00 | 200.00 |
| 01/09/2013 | REVIEWED MOTION TO CANCEL LEASE WITH ATTY TERLECKY; DISCUSSION OF RESPONSE TO UNION'S MOTION AND FUTURE REPORTS; CORRESPONDENCE WITH RECEIVER RE: REJECTION OF LEASE; EDIT MOTION TO CANCEL LEASE; CORRESPONDENCE WITH UNION ATTORNEYS RE: HEALTH CARE CLAIMS; REVIEWING UNION MOTION FOR RESPONSE; REVIEWING OHIO STATUTES CITED BY UNION; REVIEW MICHIGAN LAW ON PAYMENT OF PRE-RECEIVERSHIP WAGES; TELEPHONE CONFERENCE WITH ATTY CASTOR RE: BANK POSITION ON PAYMENT OF WAGES THROUGH RECEIVERSHIP | 2.60 | 520.00 |
| 01/10/2013 | REVIEWED RESPONSE FROM RECEIVER RE: CANCELLING LEASE; REVIEW CORRESPONDENCE FROM RECEIVER RE: DISTRIBUTION OF SALE PROCEEDS; TELEPHONE CONFERENCE WITH ATTY TERLECKY RE: LEASE CANCELLATION AND DISTRIBUTION OF SALE PROCEEDS; REVIEW OF ORDER RELATIVE TO DISTRIBUTION; MEMO TO CLIENT RE: DISTRIBUTION OF PROCEEDS AND UNION MOTION RESPONSE; FOLLOW UP WITH RECEIVER RE: PAYMENT FOR EXPENSES | 0.90 | 180.00 |
| 01/15/2013 | CORRESPONDENCE WITH B. FRAZIER RE: MOTION TO TERMINATE LEASE | 0.10 | 20.00 |
| 01/17/2013 | REVIEWED ASSET PURCHASE FOR TAX PROVISIONS; CHECK STATUS OF TAX STATUS LETTER; CORRESPONDENCE WITH RECEIVER RE: AMOUNT TO BE HELD BACK | 0.50 | 100.00 |
| 01/18/2013 | REVIEWED INQUIRY RE: GORDON FLESCH CONTRACT | 0.10 | 20.00 |
| 01/21/2013 | BRIEF REVIEW OF CONTRACT AND ORDER; CORRESPONDENCE WITH RECEIVER RE: BREAKING ESCROW AND DISTRIBUTION OF MONEYS | 0.30 | 60.00 |
| 01/22/2013 | REVIEWED CORRESPONDENCE FROM CLIENT RE: DISTRIBUTIONS FROM ESCROW AND TAX HOLDBACK; |  |  |

Page: 3
01/31/2013

Taylor Building Products, Inc.

ACCOUNT NO: 15036-000M
STATEMENT NO: 3

Attorney for Receiver

|  |  | HOURS |  |
|---|---|---|---|
|  | ATTENTION TO UNION SETTLEMENT; ATTY SNYDER RE: UNION SETTLEMENT; ANALYSIS OF REMAINING RESPONSIBILITIES OF RECEIVER AND ESTIMATE OF REMAINING COSTS; CORRESPONDENCE WITH MICHIGAN COUNSEL RE: FEES, UPDATE ON CLOSING; DRAFTING FEE APPLICATION; CORRESPONDENCE WITH CLIENT RE: RESERVE FROM CLOSING | 2.00 | 400.00 |
| 01/23/2013 | COORDINATION AND ATTENTION TO BREAKING ESCROW AND DISTRIBUTION OF FUNDS; CORRESPONDENCE WITH RECEIVER, HNB COUNSEL, TITLE COMPANY; TELEPHONE CONFERNECE WITH R. SNYDER RE: HEALTH CARE CLAIMS; ADVISE CLIENT | 1.20 | 240.00 |
| 01/24/2013 | FOLLOW UP WITH CLIENT RE: TRANSFER OF FUNDS | 0.10 | 20.00 |
| 01/25/2013 | DRAFTING SECOND REPORT AND ACCOUNTING OF RECEIVER; CORRESPONDENCE WITH RECEIVER AND VENDORS RE: STATUS OF LEASES AND ABANDONMENT OF LEASED PROPERTY | 2.10 | 420.00 |
| 01/28/2013 | CORRESPONDENCE WITH RECEIVE RE: LEASED EQUIPMENT; REVIEW LETTER FROM CANGIALOSI COUNSEL; CORRESPONDENCE WITH OPPOSING COUNSEL RE: SAME; CORRESPONDENCE WITH CIT RE: PHONE SYSTEM LEASE; CORRESPONDENCE WITH RECEIVER RE: SAME; CONFERENCE WITH ATTY TERLECKY | 1.00 | 200.00 |
| 01/29/2013 | REVIEWED BANK RESPONSE TO CANGIALOSI COUNSEL | 0.10 | 20.00 |
|  | Aaron C. Firstenberger | 14.40 | 2,880.00 |
|  | FOR CURRENT SERVICES RENDERED | 17.50 | 3,655.00 |
|  | TOTAL CURRENT WORK |  | 3,655.00 |
|  | BALANCE DUE |  | $18,235.00 |

**TRUST ACCOUNT SUMMARY AS OF 01/31/2013** $150.51

PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

WE ACCEPT VISA/MASTERCARD/DISCOVER PAYMENTS
PAYMENT METHOD ___CHECK ___VISA ___ MASTERCARD ___ DISCOVER
ACCT NUMBER_____EXP DATE_____ CVV CODE_____
SIGNATURE_____AMOUNT $_____

**STRIP, HOPPERS, LEITHART, McGRATH & TERLECKY**
A LEGAL PROFESSIONAL ASSOCIATION
575 SOUTH THIRD STREET
COLUMBUS, OH 43215-5759
(614) 228-6345

Taylor Building Products, Inc.
c/o Bill Frazier, Receiver
Raintree Capital Partners
17892 Clifton Park Ln.
Cleveland OH 44107

Page: 1
02/08/2013
ACCOUNT NO: 15036-001M
STATEMENT NO: 2

Expenses

|  |  |  |
|---|---|---:|
|  | PREVIOUS BALANCE | $2,715.87 |
| 12/01/2012 | POSTAGE EXPENSE | 68.86 |
| 12/01/2012 | COPYING EXPENSE: SERVICE OF NOTICE RE: ASSET SALE | 1,799.00 |
| 12/07/2012 | INCOMING WIRE TRANSFER EXPENSE | 23.00 |
| 12/12/2012 | FEDERAL EXPRESS EXPENSE | 31.55 |
| 12/12/2012 | FEDERAL EXPRESS EXPENSE | 22.42 |
| 12/21/2012 | FEDERAL EXPRESS EXPENSE | 27.64 |
| 12/28/2012 | COPYING EXPENSE: SERVICE OF ORDER APPROVING ASSET PUCHASE AGREEMENT & AUTHORIZING SALE OF ASSETS TO WAUSAU SUPPLY | 123.90 |
| 12/28/2012 | POSTAGE EXPENSE | 194.70 |
|  | TOTAL EXPENSES | 2,291.07 |
|  |  |  |
|  | TOTAL CURRENT WORK | 2,291.07 |
|  |  |  |
| 01/11/2013 | PAYMENT THANK YOU. | -2,715.87 |
|  |  |  |
|  | BALANCE DUE | $2,291.07 |

PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

WE ACCEPT VISA/MASTERCARD/DISCOVER PAYMENTS
PAYMENT METHOD ___CHECK ___VISA ___ MASTERCARD ___ DISCOVER
ACCT NUMBER_____EXP DATE_____ CVV CODE_____
SIGNATURE_____AMOUNT $_____



EXHIBIT
E

**STRIP, HOPPERS, LEITHART, McGRATH & TERLECKY**
A LEGAL PROFESSIONAL ASSOCIATION
575 SOUTH THIRD STREET
COLUMBUS, OH 43215-5759
(614) 228-6345

Taylor Building Products, Inc.
c/o Bill Frazier, Receiver
Raintree Capital Partners
17892 Clifton Park Ln.
Cleveland OH 44107

Page: 1
02/08/2013
ACCOUNT NO:        15036M

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 15036-001 Expenses 2,715.87 | 0.00 | 2,291.07 | 0.00 | -2,715.87 | $2,291.07 |

PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

WE ACCEPT VISA/MASTERCARD/DISCOVER PAYMENTS
PAYMENT METHOD ___CHECK ___VISA ___ MASTERCARD ___ DISCOVER
ACCT NUMBER_____ EXP DATE_____ CVV CODE_____
SIGNATURE_____ AMOUNT $_____



**Jaffe**

JAFFE RAITT HEUER & WEISS
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500, P.O. BOX 5034, SOUTHFIELD, MICHIGAN 48086-5034
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

Strip, Hoppers, Leithart, Mcgrath & Terlecky Co    January 30, 2013
Attn: Aaron C. Firstenberger
575 South Third Street
Columbus, OH  43215                          Invoice No. 345197

RE: FRAZIER, BILL AND RAINTREE CAPITAL PARTNERS


FOR LEGAL SERVICES RENDERED THROUGH 12/31/12
AS ITEMIZED ON THE ATTACHED REPORT


                TOTAL ATTORNEY FEES:    $      3,442.00

                TOTAL DISBURSEMENTS:    $         87.59
                                              _____

                TOTAL AMOUNT DUE:       $      3,529.59


FED. TAX I.D. 38-1915036    TERMS: NET 30 DAYS

{2B}



EXHIBIT
F

```
STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO.  Jan 30, 2013    PAGE   2
FILE NUMBER: STRIP-FRAZIE
INVOICE NO.: 345197
```

| DATE | ATTY | SERVICE DESCRIPTION | HOURS | |
|------|------|---------------------|-------|---|
| 10/25/12 | SRT | RECEIPT AND REVIEW EMAIL AND SPECIAL COUNSEL DRAFT FROM AARON FIRSTENBERGER. | .20 | 77.00 |
| 11/02/12 | SRT | RECEIPT AND REVIEW LETTER FROM AARON FIRSTENBERGER. | .10 | 38.50 |
| 11/06/12 | SRT | RECEIPT AND REVIEW EMAIL FROM AARON FIRSTENBERGER RE COURT'S ORDER APPROVING JAFFE AS SPECIAL COUNSEL TO THE RECEIVER. | .10 | 38.50 |
| 11/06/12 | SRT | RECEIPT AND REVIEW ECF NOTICE OF COURT'S ORDER GRANTING RECEIVER'S APPLICATION TO HIRE JAFFE AS SPECIAL COUNSEL IN MICHIGAN. | .10 | 38.50 |
| 11/06/12 | SRT | RECEIPT AND CURSORY REVIEW OF MOTION. | .20 | 77.00 |
| 11/06/12 | SRT | RECEIPT AND REVIEW COURT'S ORDER GRANTING RECEIVER'S APPLICATION TO HIRE JAFFE TO REPRESENT THE RECEIVER AS SPECIAL COUNSEL IN MICHIGAN. | .10 | 38.50 |
| 11/08/12 | SRT | EMAIL TO AARON FIRSTENBERGER RE HEARING. | .10 | 38.50 |
| 11/08/12 | SRT | RECEIPT AND REVIEW EMAIL FROM AARON FIRSTENBERGER RE HEARING. | .10 | 38.50 |
| 11/08/12 | SRT | RECEIPT AND REVIEW NOTICE. | .10 | 38.50 |
| 11/12/12 | SRT | RECEIPT AND REVIEW EMAIL FROM AARON FIRSTENBERGER RE TAX ISSUE. | .10 | 38.50 |
| 11/14/12 | SRT | RECEIPT AND REVIEW EMAIL FROM AARON FIRSTENBERGER RE TAX QUESTION. | .10 | 38.50 |
| 11/15/12 | SRT | RECEIPT AND REVIEW EMAIL FROM AARON FIRSTENBERGER RE TAX ISSUE. | .10 | 38.50 |
| 11/16/12 | SRT | RECEIPT AND REVIEW EMAIL FROM ROBERT LEWIS RE CONTACT WITH AARON FIRSTENBERGER. | .10 | 38.50 |
| 11/18/12 | SRT | EMAIL TO AARON FIRSTENBERGER RE ADMISSION STATUS AND CASE STATUS. | .10 | 38.50 |
| 11/19/12 | SRT | RECEIPT AND REVIEW EMAIL FROM AND TO AARON FIRSTENBERGER RE ADMISSION. | .10 | 38.50 |
| 11/26/12 | SRT | RECEIPT AND REVIEW ECF NOTICE OF HEARING RE MOTION FOR SALE OF PROPERTY. | .10 | 38.50 |

STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO.  Jan 30, 2013    PAGE   3
FILE NUMBER: STRIP-FRAZIE
INVOICE NO.: 345197

11/27/12 SRT EMAIL TO AARON FIRSTENBERGER RE HEARING.          .10    38.50

11/28/12 SRT RECEIPT AND REVIEW EMAIL FROM AARON               .10    38.50
             FIRSTENBERGER RE HEARING.

11/30/12 SRT RECEIPT AND REVIEW ECF NOTICE OF COURT'S MINUTE   .10    38.50
             ENTRY RE MOTION HEARING.

11/30/12 SRT RECEIPT AND REVIEW ECF NOTICE OF COURT'S ORDER    .10    38.50
             (1) AUTHORIZING THE SALE OF ASSETS FREE AND
             CLEAR OF LIENS, CLAIMS, INTERESTS AND
             ENCUMBRANCES; (2) APPROVING BIDDING PROCEDURE
             AND AUCTION, (3) APPROVING BREAK UP FEE AND
             OVERBID PROTECTION, (4) APPROVING FORM AND
             MANNER OF NOTICE, AND (5) SCHEDULING A SALE
             APPROVAL HEARING

11/30/12 SRT RECEIPT AND REVIEW ECF NOTICE OF RECEIVER'S       .10    38.50
             NOTICE OF ORDER RE (1) AUTHORIZING THE SALE OF
             ASSETS FREE AND CLEAR OF LIENS, CLAIMS,
             INTERESTS AND ENCUMBRANCES; (2) APPROVING
             BIDDING PROCEDURE AND AUCTION, (3) APPROVING
             BREAK UP FEE AND OVERBID PROTECTION, (4)
             APPROVING FORM AND MANNER OF NOTICE, AND (5)
             SCHEDULING A SALE APPROVAL HEARING

11/30/12 SRT RECEIPT AND REVIEW ECF NOTICE OF FIRST STATUS     .10    38.50
             REPORT OF RECEIVER.

12/05/12 SRT RECEIPT AND REVIEW EMAIL FROM MYRON TERLECKY RE   .10    38.50
             ASSET SALE.

12/06/12 SRT RECEIPT AND BRIEF REVIEW OF RECEIVER              .20    77.00
             SUPPLEMENT.

12/12/12 SRT RECEIPT AND REVIEW ECF NOTICE OF RECEIVER'S       .10    38.50
             FIRST INTERIM APPLICATION FOR ALLOWANCE OF
             COMPENSATION FOR THE RECEIVER AND ATTORNEYS TO
             THE RECEIVER FOR THE PERIOD OF OCTOBER 15, 2012
             THROUGH NOVEMBER 30, 2012.

12/12/12 SRT RECEIPT AND REVIEW ECF NOTICE OF RECEIVER'S       .10    38.50
             CERTIFICATE OF SERVICE RE NOTICE OF ORDER
             AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR
             OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES,
             APPROVING BIDDING PROCEDURE AND AUCTION,
             APPROVING BREAKUP FEE AND OVERBID PROTECTION,
             APPROVING FORM AND MANNER OF NOTICE, AND
             SCHEDULING A SALE APPROVAL HEARING.

12/12/12 SRT RECEIPT AND BRIEF REVIEW OF FIRST INTERIM         .20    77.00
             REPORT WITH DOCUMENTS ATTACHED.

STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO.  Jan 30, 2013    PAGE   4
FILE NUMBER: STRIP-FRAZIE
INVOICE NO.: 345197

12/14/12 SRT RECEIPT AND REVIEW EMAIL FROM AND TO COURT RE      .10     38.50
             HEARING.

12/14/12 SRT RECEIPT AND BRIEF REVIEW OF NOTICE OF             .20     77.00
             APPRAISEMENT.

12/14/12 SRT RECEIPT AND REVIEW EMAIL FROM AARON              .10     38.50
             FIRSTENBERGER RE HEARING.

12/17/12 SRT RECEIPT AND REVIEW ECF NOTICE OF HEARING RE      .10     38.50
             SALE.

12/17/12 SRT RECEIPT AND REVIEW COURT'S ORDER VACATING        .10     38.50
             PRELIMINARY PRE-TRIAL CONFERENCE.

12/18/12 SRT RECEIPT AND REVIEW EMAILS FROM AND TO AARON      .20     77.00
             FIRSTENBERGER RE CLOSING.

12/18/12 SRT RECEIPT AND REVIEW EMAILS FROM AARON             .10     38.50
             FIRSTENBERGER AND TO MEREDITH WEINGARDEN RE
             CLOSING.

12/18/12 SRT RECEIPT AND REVIEW MULTIPLE EMAILS FROM AND TO   .20     77.00
             ERIC ENDELMAN AND AARON FIRSTENBERGER RE
             DOCUMENT REVIEW.

12/18/12 SRT RECEIPT AND BRIEF REVIEW OF MOTION RE PAYMENT    .10     38.50
             OF MEDICAL CLAIMS BY CLAIMANTS.

12/18/12 SRT RECEIPT AND REVIEW REPORT OF RECEIVER RE         .10     38.50
             AUCTION SCHEDULED FOR 12/18/12.

12/19/12 SRT RECEIPT AND REVIEW EMAIL FROM AND TO AARON       .10     38.50
             FIRSTENBERGER AND DEMRIE GRAHAM RE DEED.

12/19/12 DLG CORRESPONDENCE WITH RECEIVER'S COUNSEL RE       4.80   1440.00
             REVIEW OF DOCUMENTS; REVIEW ORDER APPOINTING
             RECEIVER AND PROPOSED ORDER AUTHORIZING SALE;
             REVIEW AND REVISE RECEIVER'S DEED; REVIEW
             CLOSING DOCUMENTS; PREPARE REAL ESTATE
             TRANSFERTAX VALUATION AFFIDAVIT; MULTIPLE
             CORRESPONDENCE WITH RECEIVER'S COUNSEL RE
             COMMENTS TO CLOSING DOCUMENTS; REVIEW TAX
             PRORATIONS; TELEPHONE CONFERENCE WITH TITLE
             COMPANY RE TAX PRORATION CALCULATIONS;
             TELEPHONE CONFERENCE WITH RECEIVER'S COUNSEL RE
             OUTSTANDING ISSUES; CORRESPONDENCE WITH
             RECEIVER'S COUNSEL RE EXPENSE ALLOCATIONS.

12/20/12 SRT RECEIPT AND REVIEW ECF NOTICE OF COURT'S ORDER   .10     38.50
             APPROVING ASSET PURCHASE AGREEMENT AND
             AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR
             OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES TO
             WAUSAU SUPPLY OR ITS ASSIGNS.

STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO.  Jan 30, 2013    PAGE   5
FILE NUMBER: STRIP-FRAZIE
INVOICE NO.: 345197

12/20/12 SRT RECEIPT AND REVIEW ECF NOTICE OF MINUTE ENTRY      .10    38.50
             RE SALE HEARING.

12/20/12 SRT RECEIPT AND BRIEF REVIEW COURT'S ORDER GRANTING     .10    38.50
             FIRST INTERIM APPLICATION FOR ALLOWANCE OF
             COMPENSATION FOR THE RECEIVER AND ATTORNEYS TO
             THE RECEIVER FOR THE PERIOD OF 10/15/12 THROUGH
             11/30/12.

12/20/12 SRT RECEIPT AND BRIEF REVIEW OF COURT'S ORDER RE        .10    38.50
             APPROVING ASSET PURCHASE AGREEMENT AND
             AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR
             OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES TO
             WAUSAU SUPPLY CO. OR ITS ASSIGNS.

12/27/12 SRT RECEIPT AND REVIEW ECF NOTICE OF HEARING RE         .10    38.50
             MOTION FOR SALE OF PROPERTY.

12/27/12 SRT RECEIPT AND REVIEW ECF NOTICE OF COURT'S MINUTE     .10    38.50
             ENTRY FOR PROCEEDINGS HELD BY MOTION FOR ORDER
             TO AUTHORIZE THE SALE OF ASSETS FREE AND CLEAR
             OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES,
             APPROVING BIDDING PROCEDURE AND AUCTION,
             APPROVING BREAK UP FEE AND OVERBID PROTECTION
             AND APPROVING FORM AND MANNER.

12/28/12 SRT RECEIPT AND BRIEF REVIEW OF CERTIFICATE OF          .10    38.50
             SERVICE OR ORDER APPROVING ASSET PURCHASE
             AGREEMENT, AUTHORIZING SALE OF ASSETS REE AND
             CLEAR OF LIENS, CLAIMS, INTERESTS AND
             ENCUMBRANCES TO WAUSAU SUPPLY CO. OR ITS
             ASSIGNS.


            ************** DISBURSEMENTS **************

10/24/12 FILING FEES - - VENDOR: PHYLLIS NELSON               46.00
10/25/12 COPY EXPENSE # 1                                     51.75
10/25/12 POSTAGE EXPENSE                                       0.45
10/25/12 COPY EXPENSE # 2                                      0.30
10/25/12 FEDERAL EXPRESS AIRBILL: 793934470100               19.15
10/25/12 FEDERAL EXPRESS AIRBILL: 793934549574               15.49
11/06/12 COPY EXPENSE # 2                                      0.45
11/09/12 ADVANCE FOR FILING FEE                             (46.00)


    *-------------------------TIME AND FEE SUMMARY---------------------*
    *---------TIMEKEEPER---------*   RATE  HOURS          FEES
    SCOTT R. TORPEY                385.00   5.20        2002.00
    DEMRIE L GRAHAM                300.00   4.80        1440.00
                         TOTALS           10.00        3442.00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **THE HUNTINGTON NATIONAL BANK,** | : | Case No.: 2:12 CV 937 |
| Plaintiff | : | |
| | : | |
| vs. | : | **Judge Watson** |
| | : | |
| **TAYLOR BUILDING PRODUCTS, INC.,** | : | |
| Defendant | : | |

## <u>ORDER GRANTING SECOND INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION FOR THE RECEIVER AND ATTORNEYS TO THE RECEIVER FOR THE PERIOD OF DECEMBER 1, 2012, THROUGH JANUARY 31, 2012</u>

This matter comes before the Court on the *Second Interim Application for Allowance of Compensation for the Receiver and Attorneys to the Receiver for the Period of December 1, 2012, through January 31, 2013* (the "Application"), filed on December 11, 2012, by Bill Frazier of Raintree Capital Partners, LLC, the Court-appointed Receiver (herein "Receiver") for certain assets of Taylor Building Products, Inc. Through the Application, the Receiver applies for approval of compensation earned and for reimbursement of expenses to the Receiver and attorneys for the Receiver, including special counsel Jaffe Raitt Heuer Weiss, P.C. (collectively "Applicants") for the period of December 1, 2012, through January 31, 2013 (the "Application Period").

According to the Application and the attached documentation showing the efforts made in this case, the fees earned by the Receiver for the Application Period total $47,340.08. The Receiver further seeks reimbursement of expenses in the Application Period, including mileage, totaling $1,433.46.

Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA (the "Firm"), attorneys for the Receiver, also seek compensation for fees in the Application Period in the amount of $18,235.00.

1



The Firm further seeks reimbursement of expenses in the Application Period, including postage and advances for certain expenses related to the matter, in the total amount of $2,291.07. Finally, special counsel Jaffe Raitt Heuer Weiss, P.C. (herein "Special Counsel") seeks $3,442.00 of fees, and $87.59 of expenses.

Pursuant to the *Order Appointing Receiver* in this case, the Application was served on those parties appearing in this case or requesting notice of pleadings in this case. A suitable time period for objections to be filed has passed and no objection to the Application has been filed.

Based on the matters contained in the Application, proper service of the Application having been completed, and no objection to the Application having been filed, the Court finds the Application to be well-taken and it is approved. The Court finds that the services provided by the Receiver, the Firm, and Special Counsel were necessary and proper in the administration of this case. Since being appointed, the Applicants have expended time and resources during the course of this receivership case to further the interests of the receivership estate and the creditors of Taylor Building Products, Inc. All services rendered for which Applicants request compensation were performed or incurred for or on behalf of the receivership estate. The services described in this application were actual, necessary services and the compensation requested for those services is reasonable.

It is therefore ORDERED and DECREED that the Application shall be, and it hereby is, granted, and that the Receiver shall be, and he hereby is, entitled to fees in the amount of $47,340.08 and reimbursement of expenses in the amount of $1,433.46;

It is FURTHER ORDERED and DECREED that the Firm shall be, and it hereby is, entitled to fees in the amount of $18,235.00 and reimbursement of expenses in the amount of $2,291.07;

2

It is FURTHER ORDERED and DECREED that Special Counsel shall be, and it hereby is, entitled to fees in the amount of $3,442.00 and reimbursement of expenses in the amount of $87.59.

It is FURTHER ORDERED and DECREED that the Receiver is authorized to make the approved payments at such time as the Receiver deems appropriate out of funds of the Receivership estate.

IT IS SO ORDERED.

DATE: _____

_____
UNITED STATES DISTRICT COURT
JUDGE MICHAEL H. WATSON

SUBMITTED BY:


_/s/ Myron N. Terlecky_____
Myron N. Terlecky (0018628)
Aaron C. Firstenberger (0072261)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A.
575 South Third Street
Columbus, Ohio 43215-5759
Telephone: (614) 228-6345
Facsimile: (614) 228-6369
*Attorneys for Receiver*

Copies to:

Via eFiling:
- Robert Castor, Esq.
- Kristin Watson, Esq
- Brian Gianangeli, Esq.

Via Regular Mail:
- Arthur M. Neiss, Beattie Padovano, LLC, 50 Chestnut Ridge Road, #208, PO Box 244, Montvale NJ 07645.