**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THE HUNTINGTON NATIONAL BANK | : | |
| | : | CASE NO.: 2:12-cv-937 |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | Judge Watson |
| TAYLOR BUILDING PRODUCTS, INC., | : | Magistrate Judge King |
| | : | |
| Defendant. | : | |
| | : | |

### PLAINTIFF'S STATUS REPORT (RELATED TO DOC. 58)

Now comes Plaintiff The Huntington National Bank ("Huntington"), by and through counsel, and hereby submits the following status report pursuant to this Court's Order dated April 18, 2014 (Doc. 58)

Huntington filed its complaint in this matter on October 11, 2012, seeking foreclosure and sale of its various collateral securing the debts owed by Defendant Taylor Building Products, Inc. ("Taylor"). Contemporaneously with the filing of the complaint, Huntington also filed a motion to appoint receiver to preserve the value of its collateral during the pendency of this action. On October 15, 2012, this Court entered its Order Appointing Receiver appointing Bill Fraizier of Raintree Capital Partners (the "Receiver") receiver of Taylor's assets and business operations. During his service as receiver, the Receiver fulfilled his duties pursuant to the Order Appointing Receiver and identified a buyer for the assets of the receivership estate. This Court, after due consideration, approved and confirmed a sale of the receivership assets to the buyer. This Court has also authorized distribution of the sale proceeds as proposed by the Receiver. With the receivership assets liquidated, the Receiver filed his Final Report on February 10, 2014. This Court approved the Final Report on March 18, 2014.

6647089v1

Upon information and belief, the Receiver has determined that the administration of the receivership estate has concluded and is, or will be, filing a motion to terminate the receivership estate. Huntington supports the termination of the receivership estate. With its collateral liquidated, Huntington's claims in this matter have been resolved. As such, Huntington supports termination of the receivership estate and dismissal of this action.

Respectfully submitted,

/s/ *Justin W. Ristau*
Justin W. Ristau      (0075222)
Robert T. Castor     (0082566)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio 43215
(614) 227-2300 Telephone
(614) 227-2390 Telefax
jristau@bricker.com
rcastor@bricker.com
*Attorneys for Plaintiff*
*The Huntington National Bank*

6647089v1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **STATUS REPORT** was served upon the parties listed below as indicated on April 24, 2014.

**VIA CM/ECF**

Myron N. Terlecky, Esq.
Aaron C. Firstenberger, Esq.
James A. Coutinho, Esq.
Strip, Hoppers, Leithart, McGrath & Terlecky Co.
575 South Third Street
Columbus, OH 43215
*Counsel for Receiver Bill Frazier*

Ronald H. Snyder, Esq.
Kristin Watson, Esq.
Cloppert, Latanick, Sauter & Washburn
225 E Broad Street, 4th Floor
Columbus, OH 43215
*Counsel for Claimant International Union, United Automobile, Aerospace and Agricultural Implement Workers of America and UAW Local 1637*

D. Joe Griffith, Esq.
Dagger Johnston Miller Ogilvie & Hampson
144 E. Main Street
PO Box 667
Lancaster, OH 43130
*Counsel for Intervenor Plaintiff Thornton & Roshon Properties, Inc.*

**VIA REGULAR U.S. MAIL**

Taylor Building Products, Inc.
c/o Tobin Mann, Statutory Agent
3010 Columbus-Lancaster Road
Lancaster, OH 43130
*Defendant*

Brian Gianangeli, Esq.
The Law Office of Charles Mifsud, LLC
326 South High Street Annex, Suite 201
Columbus, OH 43215

Ignazio Cangialosi
417 Saddle Back Trail
Franklin Lakes, NJ 07417

Dennis J. Morrison
Means, Bichimer, Burkholder & Baker Co. LPA
1650 Lake Shore Drive, Suite 285
Columbus, OH 43204

Arthur M. Neiss
Beattie Padovano, LLC
50 Chestnut Ridge Road, #208
P.O. Box 244
Montvale, NJ 07645

3825 Columbus Road LLC
P.O. Box 687
Newark, OH 43085-0687

                              */s/ Justin W. Ristau*
                              Justin W. Ristau      (0075222)

6647089v1