UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**THE HUNTINGTON NATIONAL BANK**

    **Plaintiff,**

**vs.**                                       Case No.: 2:12–cv–937
                                              Judge Michael H. Watson

**TAYLOR BUILDING PRODUCTS, INC.,**

    **Defendant.**

### ORDER OF DISMISSAL

This matter is before the Court following the Order, ECF No. 64, granting the Receiver's motion to terminate the receivership. As set forth in the Order, the receivership estate has been terminated, subject to this Court's reservation to the Receiver of the power and duty to receive and distribute any funds received from the State of Michigan or the Dow Chemical litigation. **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that

1. Any and all remaining claims of any party in this matter are hereby dismissed without prejudice.
2. All pending motions, if any, are denied as moot.
3. The Clerk of Courts is instructed to close this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT